SCWC-12-0000360

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JENG-HER CHEN, Petitioner/Plaintiff-Appellant,

vs.

HUI-CHUN LU, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000360; FC-D NO. 05-1-3305)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Plaintiff-Appellant Jeng-Her Chen's

application for writ of certiorari filed on May 9, 2013, is

hereby rejected.

DATED: Honolulu, Hawai'i, June 6, 2013.

Mark Worsham
for petitioner

Huilin Dong
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

